DOVER AND STATESBORO RAILROAD *v.* DEAL.

LUMPKIN, P. J. The evidence in behalf of the plaintiff being sufficient, not only to carry the case to the jury, but to warrant the finding which was returned in his favor, the court below did not err either in refusing to grant a nonsuit or to set the verdict aside on the ground that it was contrary to law and the evidence.

*Judgment affirmed. All the Justices concurring, except Little and Lewis, JJ., absent.*

Submitted March 1, — Decided March 31, 1902.

Action for damages. Before Judge Evans. Bulloch superior court. June 17, 1901.

*Groover & Johnston*, for plaintiff in error.
*H. B. Strange*, contra.